JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| FRANK SILVA, | No. CV 11-04127-ODW (VBK) |
|     Petitioner, | JUDGMENT |
| v. | |
| MIKE McDONALD, | |
|     Respondent. | |

Pursuant to the Order Accepting the Findings and Recommendations of the United States Magistrate Judge,

**IT IS ADJUDGED** that the Petition for Writ of Habeas Corpus is dismissed with prejudice.

DATED: August 24, 2012

_____
OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE